IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


JERRY DAVID NANCE                                                                    PLAINTIFF


VS.                                                                    CIVIL ACTION NO. 4:05CV105LR


PEAVEY ELECTRONICS CORPORATION
and FREEMAN DECORATING SERVICES, INC.                                      DEFENDANTS


ORDER


On October 27, 2006, this court entered an order which provided that defendant's

motion to dismiss was denied, but further provided: " The plaintiff will notify the court that he has

retained new counsel or will proceed to represent himself by November 15, 2006. Future return of

mail addressed to the plaintiff, or failure to abide by the terms of this or any future order, may result

in the dismissal of this action."

Plaintiff has not complied with the order and accordingly, IT IS ORDERED AND

ADJUDGED that this cause be dismissed without prejudice.

ORDERED AND ADJUDGED this 17th day of November, 2006.


                                                        /S/ TOM S. LEE
                                                        UNITED STATES DISTRICT JUDGE